AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Monica Alaez Telephone: (313) 771-6601

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jorge Humberto PISABAJ SALAZAR

Case No.

Case: 2:26−mj−30616
Assigned To : Unassigned
Assign. Date : 10/2/2026
Description: RE: JORGE HUMBERTO PISABAJ SALAZAR (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 27, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Monica Alaez, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 2, 2026

City and state: Detroit, MI

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Monica Alaez, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since March 2009. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed the immigration records and system automated data relating to Jorge Humberto PISABAJ SALAZAR, which reveal the following:

2. Jorge Humberto PISABAJ SALAZAR is a forty-one-year-old citizen and native of Guatemala who last entered the United States on an unknown date, at an unknown place, without inspection bythe U.S. Department of Homeland Security. This affidavit is submitted for the limited purpose of establishing probable cause of Unlawful Reentry to the United States, a violation of 8 U.S.C. § 1326(a).

3. On or about May 6, 2006, US Border Patrol at or near Hidalgo, Texas, apprehended PISABAJ SALAZAR under the alias name of Jorge GOMEZ SALAZAR, who claimed to be a citizen of Mexico. He was voluntary returned to Mexico.

4. On or about February 8, 2010, Minneapolis Police Department in Minnesota arrested PISABAJ SALAZAR for driver license – driving without a valid license.

5. On or about November 21, 2011, PISABAJ SALAZAR was convicted in the Hennepin County District Court, Minnesota, of driver's license -driving without a license. He was sentenced to fines and costs.

6. On or about November 22, 2011, Immigration Customs Enforcement at or near Bloomington, Minnesota, apprehended PISABAJ SALAZAR and served him a Notice to Appear.

7. On December 13, 2011, the Immigration Judge in Bloomington, Minnesota, ordered PISABAJ SALAZAR removed to Guatemala.

8. On or about December 28, 2011, ICE ERO removed PISABAJ SALAZAR to Guatemala from the United States via ICE Air Ops from Alexandria, Louisiana.

9. On or about September 4, 2016, US Border Patrol at or near Rio Grande Valley, apprehended PISABAJ SALAZAR and served him with a Form I - 871-Notice of Intent/Decision to Reinstate Prior Order.

10. On or about September 8, 2016, ICE ERO removed PISABAJ SALAZAR to Guatemala from the United States via ICE Air Ops from Harlingen, Texas.

11. On September 27, 2026, PISABAJ SALAZAR was arrested by the Washtenaw County Sheriff's Office following a domestic violence incident at his residence in Ypsilanti Township, Michigan. The incident involved his domestic partner, who is also the biological mother of his child.

12. On September 27, 2026, ICE ERO placed a detainer on PISABAJ SALAZAR at Washtenaw County Jail after his arrest for assault with intent to do great bodily harm less than murder.

13. On or about September 27, 2026 ICE agents searched PISABAJ SALAZAR'S fingerprints in government electronic systems resulting in a positive match for Jorge Humberto PISABAJ SALAZAR, DOB XX/XX/1985, AXXX XXX 636, a previously removed alien.

14. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that PISABAJ SALAZAR, A# XXX XXX 636, subsequent to his removal on September 8, 2016, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

15. Based on the above information, I believe there is probable cause to conclude that Jorge Humberto PISABAJ SALAZAR, is an alien who was found in or

reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

Monica Alaez, Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

October 2, 2026